**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 63 MAL 2022

         Respondent                 :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

         v.                          :

                                     :

DANON JON DOYLE,                :

                                     :

         Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.